**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al., | |
| Plaintiffs, | No. C 06-02820 WHA |
| v. | |
| | No. C 09-5371 EMC |
| TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION, | |
| Defendants. / | **ORDER THAT ACTIONS ARE NOT DEEMED RELATED** |
| CHEVRON CORPORATION, | |
| Plaintiff, | |
| v. | |
| CRISTOBAL BONIFAZ and THE LAW OFFICES OF CRISTOBAL BONIFAZ, | |
| Defendants. / | |

Whether these cases are related is the issue. Attorney Bonifaz has paid his Rule 11 sanction in the *Gonzales* case. As to him, *Gonzales* is over. Chevron's new action, while invoking the same underlying misconduct, alleges a much broader scheme by Attorney Bonifaz, a universe not previously part of the *Gonzales* misconduct by Attorney Bonifaz. Chevron seeks to go so far as to sue for Attorney Bonifaz's succeeding in obtaining legislation in Ecuador to "circumvent" a prior settlement and asking the government in that country to seek "sham

1  indictments" against signatories to the prior settlement, circumstances never having been part
2  of *Gonzales*. The overlap is small. There will be no substantial saving of judicial resources in
3  relating these cases. The tail would have to wag the dog to deem these cases related. It does not
4  matter that as to two other attorneys in the first case there is some unfinished business, for that
5  work will all relate solely to the original misconduct, not the broader scheme alleged in the new
6  case. Therefore, this order holds that the two actions should *not* be deemed related.

8  **IT IS SO ORDERED.**

10  Dated: November 30, 2009.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California