IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION, | No. 09-05371 CW |
| Plaintiff, | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| v. | |
| CRISTOBAL BONIFAZ, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-06-2820 WHA, Gonzales v. Chevron. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

1/19/10
Dated _____

_____
CLAUDIA WILKEN
United States District Judge