IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>CRISTOBAL BONIFAZ, et al.,<br><br>      Defendants.<br>_____/ | No. 09-05371 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-06-2820 WHA, <u>Gonzales v. Chevron</u>. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

    1/19/10

Dated _____

                                      CLAUDIA WILKEN
                                      United States District Judge