1  JAMES M. WAGSTAFFE (95535)
   JACQUELINE SCOTT CORLEY (173752)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5

6  Attorneys for Defendants
   CRISTOBAL BONIFAZ AND THE LAW OFFICES OF
   CRISTOBAL BONIFAZ
7

8                **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  CHEVRON CORPORATION,                    Case No. CV 09-5371 CW

11        Plaintiff,                        **STIPULATION AND ORDER TO
                                            ENLARGE TIME TO FILE MOTION
12        v.                                FOR ATTORNEYS' FEES AND TO
                                            APPROVE MEDIATION**
13
    CRISTOBAL BONIFAZ and THE LAW
14  OFFICES OF CRISTOBAL BONIFAZ,

15        Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    On September 28, 2010, the ADR Clerk for the Northern District of California filed

2  notice that Howard Herman had been appointed as mediator in this action.  On October 8, 2010,

3  the Court granted Defendants' Motion to Strike in its entirety and entered judgment in favor of

4  Defendants.  Pursuant to Federal Rule of Civil Procedure 54(2)(d)(B) Defendants are required to

5  file their motion for attorneys' fees within 14 days of the judgment.  Notwithstanding the entry

6  of judgment, the parties still desire to engage in mediation with Mr. Herman.

7    Accordingly, the parties hereby stipulate and agree that Defendants shall have until

8  November 19, 2010 to file their motion for attorneys' fees, if necessary, and that Howard

9  Herman, the Court-appointed mediator, may conduct mediation with the parties notwithstanding

10  the entry of Judgment.

11

12  DATED: October 14, 2010              **GIBSON DUNN & CRUTCHER LLP**

13

14                                     By _____
                                          SCOTT ALAN EDELMAN

15

16                                        Attorneys for Plaintiff,
                                          CHEVRON CORPORATION

17

18  DATED: October 14, 2010              **KERR & WAGSTAFFE LLP**

19

20                                     By _____
                                          JACQUELINE SCOTT CORLEY

21

22                                        Attorneys for Defendants,
                                          CRISTOBAL BONIFAZ
                                          THE LAW OFFICES OF CRISTOBAL BONIFAZ

23

24    **IT IS SO ORDERED.**

25

    DATED: October 18, 2010

26                                        _____
                                          CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

27

28

KERR
&
WAGSTAFFE
LLP

                                          1
Case No. CV 09-5371 CW                              STIPULATION AND [PROPOSED] ORDER

1    I, Jacqueline Scott Corley, am the ECF User whose ID and password are being used to

2 file this Stipulation And [Proposed] Order To Enlarge Time To File Motion For Attorneys' Fees

3 And To Approve Mediation.  In compliance with General Order 45, X.B., I hereby attest that

4 SCOTT ALAN EDELMAN, has concurred in this filing.

5

6    DATED: October 14, 2010                      **KERR & WAGSTAFFE LLP**

7

8                                By  _____
                                     JACQUELINE SCOTT CORLEY

9                                   Attorneys for Defendants,
                                    CRISTOBAL BONIFAZ
10                                  THE LAW OFFICES OF CRISTOBAL BONIFAZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
—— & ——
WAGSTAFFE
LLP

Case No. CV 09-5371 CW                          STIPULATION AND [~~PROPOSED~~] ORDER