UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CRISTOBAL BONIFAZ and THE LAW OFFICES OF CRISTOBAL BONIFAZ,<br><br>        Defendants - Appellees. | No. 10-17521<br><br>D.C. No. 4:09-cv-05371-CW<br>Northern District of California, Oakland<br><br>ORDER |

The parties' stipulation to voluntarily dismiss this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each parties is to bear its own cost to the appeal. A copy of this order sent to the district court shall act as and for the mandate of this court.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court

        Linda K. King
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
          and Ninth Circuit Rule 27-10

Lking/12.06.10/lkk/Pro Mo

Lking/12.06.10/lkk/Pro Mo